## CERTIFICATE OF SERVICE

I, Brian D. Flick (name), certify that service of this summons and a copy of the complaint was made on July 29, 2026 (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Keith Robert Ravenelle, 1712 S. Delozier Road, Seymour, TN 37865 and William E. Maddox, Jr., PO Box 31287, Knoxville, TN 37930

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☒ State Law: The defendant was served pursuant to the laws of the State of TN, as follows: [Describe briefly]
Via Certified Mail to: Keith Robert Ravenelle, 1712 S. Delozier Road, Seymour, TN 37865

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date July 29, 2026 Signature /s/Brian D. Flick (OH 0081605)

Print Name: Brian D. Flick

Business Address: DannLaw, 15000 Madison Ave.

Lakewood, OH 44107

# United States Bankruptcy Court

EASTERN District Of TENNESSEE

| | | |
|---|---|---|
| In re KEITH ROBERT RAVENELLE, Debtor | ) | Case No. 3:26-BK-30277-SHB |
| | ) | Chapter 7 |
| RYAN HANNINEN, Plaintiff | ) | |
| v. | ) | Adv. Proc. No. 3:26-ap-03028 |
| KEITH ROBERT RAVENELLE, Defendant | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: United States Bankruptcy Court
Howard H. Baker Jr. U.S. Courthouse
800 Market Street, Suite 330
Knoxville, TN 37902

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: Brent S. Snyder
DannLaw
15000 Madison Avenue
Lakewood, OH 44107

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Christopher Call (Clerk of the Bankruptcy Court)

Date: 7/17/2026 By: pcw (Deputy Clerk)

UNITED STATES BANKRUPTCY COURT SEAL